```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16554
   DARLENE BERRY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6343

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/12/2007 and was confirmed 01/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC         .00             .00            .00
CITIFINANCIAL             UNSECURED       NOT FILED             .00            .00
REGIONAL ACCEPTANCE CORP  SECURED VEHIC    8350.00          529.50         897.10
REGIONAL ACCEPTANCE CORP  UNSECURED        3962.00             .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED             .00            .00
DEBT RECOVERY SOLUTION    UNSECURED       NOT FILED             .00            .00
PREMIER BANKCARD          UNSECURED         331.95             .00            .00
LEADING EDGE RECOVERY SO  UNSECURED       NOT FILED             .00            .00
HSBC ORCHARD BANK         UNSECURED       NOT FILED             .00            .00
T-MOBILE USA              UNSECURED         269.88             .00            .00
WILLOW HILLS APT          NOTICE  ONLY    NOT FILED             .00            .00
QUAMESHA BRAGG            NOTICE  ONLY    NOT FILED             .00            .00
QUAMESHA BRAGG            NOTICE  ONLY    NOT FILED             .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY          669.01             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          92.00             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,314.00                        1,275.54
TOM VAUGHN                TRUSTEE                                            222.86
DEBTOR REFUND             REFUND                                             325.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               3,250.00

PRIORITY                                        .00
SECURED                                      897.10
    INTEREST                                 529.50
UNSECURED                                       .00
ADMINISTRATIVE                             1,275.54
TRUSTEE COMPENSATION                         222.86
DEBTOR REFUND                                325.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 16554 DARLENE BERRY
```

```
                                 ---------------         ---------------
TOTALS                                  3,250.00                3,250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 16554 DARLENE BERRY
```